# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § 
§ JACQUELINE P. COX
RANDAZZO, JOSEPH § Case No. 16-03422
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/04/2016 . The undersigned trustee was appointed on 02/04/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $     315,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 30,411.15 |
| Bank service fees | 145.33 |
| Other payments to creditors | 188,020.64 |
| Non-estate funds paid to 3rd Parties | 51,006.20 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 45,416.68 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/30/2016 and the deadline for filing governmental claims was 08/30/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 16,449.69 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 16,449.69 , for a total compensation of $ 16,449.69 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/12/2017         By:/s/Robert B. Katz, Trustee
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-03422 JPC Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | RANDAZZO, JOSEPH | Date Filed (f) or Converted (c): | 02/04/16 (f) |
| | | 341(a) Meeting Date: | 03/03/16 |
| For Period Ending: | 10/12/17 | Claims Bar Date: | 08/30/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4126 N. Ozark Harwood Heights IL 60706-0000 Ownership Interest is Tenancy in Common | 170,000.00 | 50,000.00 | | 315,000.00 | FA |
| 2. Furniture | Unknown | 0.00 | | 0.00 | FA |
| 3. Electronics | Unknown | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. Chase Checking | 0.25 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $170,500.25 | $50,000.00 | | $315,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee gained cooperation of debtor's ex-wife, retained counsel, real estate broker, and listed the debtor's house for
sale.
Sale was completed on 6/29/2017.

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 16-03422 -JPC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | RANDAZZO, JOSEPH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7613 Checking Account |
| Taxpayer ID No: | *******1324 | | |
| For Period Ending: | 10/12/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/29/17 | | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1334<br>CHICAGO, IL 60604 | PROCEEDS OF SALE FROM R.E. | | 45,562.01 | | 45,562.01 |
| | 1 | ROBERT B. KATZ | Memo Amount:       315,000.00<br>PROCEEDS OF SALE FROM R.E. | 1110-000 | | | |
| | | | Memo Amount:   (   51,006.20 )<br>PROCEEDS TO JENNIFER RANDAZZO | 8500-000 | | | |
| | | | Memo Amount:   (  188,020.64 )<br>WELLS FARGO MARTGAGE PAYOFF | 4110-000 | | | |
| | | | Memo Amount:   (   18,601.00 )<br>RE/MAX COMMISSION | 3510-000 | | | |
| | | | Memo Amount:   (    5,416.90 )<br>BUYER REPAIR CREDIT | 2500-000 | | | |
| | | | Memo Amount:   (      918.25 )<br>TITLE TRANSFER FEES | 2500-000 | | | |
| | | | Memo Amount:   (      475.00 )<br>PROFESSIONAL LAND SURVEY | 3991-000 | | | |
| | | | Memo Amount:   (    5,000.00 )<br>BUYER REPAIR CREDIT | 2500-000 | | | |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 45,552.01 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.71 | 45,484.30 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.62 | 45,416.68 |

Page Subtotals        45,562.01        145.33

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 16-03422  -JPC |
| Case Name: | RANDAZZO, JOSEPH |
| Taxpayer ID No: | *******1324 |
| For Period Ending: | 10/12/17 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7613  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 315,000.00 | COLUMN TOTALS | 45,562.01 | 145.33 | 45,416.68 |
| Memo Allocation Disbursements: | 269,437.99 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 45,562.01 | 145.33 | |
| Memo Allocation Net: | 45,562.01 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 45,562.01 | 145.33 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 315,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 269,437.99 | Checking Account - ********7613 | 45,562.01 | 145.33 | 45,416.68 |
| Total Memo Allocation Net: | 45,562.01 | | 45,562.01 | 145.33 | 45,416.68 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/   Robert B. Katz, Trustee   Date: 10/12/17
ROBERT B. KATZ, TRUSTEE

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 12, 2017 |
|---|---|---|---|---|---|---|

Case Number:  16-03422  
Debtor Name:  RANDAZZO, JOSEPH  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006<br>001<br>3420-00 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois  60606 | Administrative | | $2,120.50 | $0.00 | $2,120.50 |
| 000007<br>001<br>3420-00 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois  60606 | Administrative | | $23.60 | $0.00 | $23.60 |
| 000008<br>002<br>6210-00 | Springer Brown, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Administrative | | $7,697.50 | $0.00 | $7,697.50 |
| 000009<br>001<br>2100-00 | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1334<br>CHICAGO, IL 60604 | Administrative | | $16,449.69 | $0.00 | $16,449.69 |
| 000010<br>025<br>CAF | U.S. Bankruptcy Court<br>Dirksen Federal Building<br>219 S. Dearborn St.<br>Room 713<br>Chicago, IL 60604 | Administrative | | $350.00 | $0.00 | $350.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $17,928.60 | $0.00 | $17,928.60 |
| 000002<br>070<br>7100-00 | SPRINGLEAF FINANCIAL<br>SERVICES OF<br>ILLINOIS<br>SPRINGLEAF<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731 | Unsecured | | $5,157.52 | $0.00 | $5,157.52 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,133.04 | $0.00 | $1,133.04 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,047.79 | $0.00 | $1,047.79 |
| 000005<br>070<br>7100-00 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $8,286.80 | $0.00 | $8,286.80 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 12, 2017 |

Case Number:  16-03422  
Debtor Name:  RANDAZZO, JOSEPH  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $60,195.04 | $0.00 | $60,195.04 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-03422
Case Name: RANDAZZO, JOSEPH
Trustee Name: Robert B. Katz, Trustee

   Balance on hand              $    45,416.68

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 16,449.69 | $ 0.00 | $ 16,449.69 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 7,427.27 | $ 0.00 | $ 7,427.27 |
| Attorney for Trustee Expenses: Springer Brown, LLC | $ 270.23 | $ 0.00 | $ 270.23 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,120.50 | $ 0.00 | $ 2,120.50 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 23.60 | $ 0.00 | $ 23.60 |
| Charges: U.S. Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |

  Total to be paid for chapter 7 administrative expenses     $   26,641.29
  Remaining Balance                 $   18,775.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,553.75 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 17,928.60 | $ 0.00 | $ 10,032.16 |
| 000002 | SPRINGLEAF FINANCIAL SERVICES OF | $ 5,157.52 | $ 0.00 | $ 2,885.95 |
| 000003 | American Express Centurion Bank | $ 1,133.04 | $ 0.00 | $ 634.01 |
| 000004 | American Express Centurion Bank | $ 1,047.79 | $ 0.00 | $ 586.30 |
| 000005 | Wells Fargo Card Services | $ 8,286.80 | $ 0.00 | $ 4,636.97 |
| | Total to be paid to timely general unsecured creditors | | | $ 18,775.39 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE