# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | Jacqueline P. Cox |
| RANDAZZO, JOSEPH | § | Case No. 16-03422 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 500.25
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  206,796.03

Claims Discharged
Without Payment:  14,778.36

Total Expenses of Administration:  57,197.77

3) Total gross receipts of $ 315,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 51,006.20  (see **Exhibit 2**), yielded net receipts of $ 263,993.80  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 188,020.64 | $ 188,020.64 | $ 188,020.64 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 55,077.27 | 57,197.77 | 57,197.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 33,553.75 | 33,553.75 | 18,775.39 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 276,651.66 | $ 278,772.16 | $ 263,993.80 |

4)  This case was originally filed under chapter 7 on  02/04/2016 .  The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/04/2018                    By:/s/Robert B. Katz, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4126 N. Ozark Harwood Heights IL 60706-0000 | 1110-000 | 315,000.00 |
| TOTAL GROSS RECEIPTS | | $315,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Non-Estate Funds Paid to Third Parties | 8500-000 | 51,006.20 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 51,006.20 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WELLS FARGO MARTGAGE PAYOFF | 4110-000 | NA | 188,020.64 | 188,020.64 | 188,020.64 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 188,020.64 | $ 188,020.64 | $ 188,020.64 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT B. KATZ | 2100-000 | NA | 16,449.69 | 16,449.69 | 16,449.69 |
| BUYER REPAIR CREDIT | 2500-000 | NA | 10,416.90 | 10,416.90 | 10,416.90 |
| TITLE TRANSFER FEES | 2500-000 | NA | 918.25 | 918.25 | 918.25 |
| ASSOCIATED BANK | 2600-000 | NA | 145.33 | 145.33 | 145.33 |
| CLERK US BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SPRINGER BROWN, LLC | 3210-000 | NA | 7,427.27 | 7,427.27 | 7,427.27 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SPRINGER BROWN, LLC | 3220-000 | NA | 270.23 | 270.23 | 270.23 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 0.00 | 2,120.50 | 2,120.50 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 23.60 | 23.60 | 23.60 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):RE/MAX COMMISSION | 3510-000 | NA | 18,601.00 | 18,601.00 | 18,601.00 |
| PROFESSIONAL LAND SURVEY | 3991-000 | NA | 475.00 | 475.00 | 475.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 55,077.27 | $ 57,197.77 | $ 57,197.77 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,133.04 | 1,133.04 | 634.01 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,047.79 | 1,047.79 | 586.30 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 17,928.60 | 17,928.60 | 10,032.16 |
| 000002 | SPRINGLEAF FINANCIAL SERVICES OF | 7100-000 | NA | 5,157.52 | 5,157.52 | 2,885.95 |
| 000005 | WELLS FARGO CARD SERVICES | 7100-000 | NA | 8,286.80 | 8,286.80 | 4,636.97 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ NA** | **$ 33,553.75** | **$ 33,553.75** | **$ 18,775.39** |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| | |
|---|---|
| Case No: 16-03422   JPC   Judge: JACQUELINE P. COX | Trustee Name: Robert B. Katz, Trustee |
| Case Name: RANDAZZO, JOSEPH | Date Filed (f) or Converted (c): 02/04/16 (f) |
| | 341(a) Meeting Date: 03/03/16 |
| For Period Ending: 04/04/18 | Claims Bar Date: 08/30/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4126 N. Ozark Harwood Heights IL 60706-0000   Ownership Interest is Tenancy in Common | 170,000.00 | 50,000.00 | | 315,000.00 | FA |
| 2. Furniture | Unknown | 0.00 | | 0.00 | FA |
| 3. Electronics | Unknown | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. Chase Checking | 0.25 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $170,500.25    $50,000.00    $315,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee gained cooperation of debtor's ex-wife, retained counsel, real estate broker, and listed the debtor's house for

sale.

Sale was completed on 6/29/2017.

Initial Projected Date of Final Report (TFR): 12/31/18       Current Projected Date of Final Report (TFR): 12/31/18

Page: 1

Exhibit 9

## FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-03422 -JPC | |
| Case Name: | RANDAZZO, JOSEPH | |
| | | |
| Taxpayer ID No: | *******1324 | |
| For Period Ending: | 04/04/18 | |

| | | |
|---|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7613  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/29/17 | | ROBERT B. KATZ | PROCEEDS OF SALE FROM R.E. | | 45,562.01 | | 45,562.01 |
| | | LAW OFFICES OF ROBERT B. KATZ | | | | | |
| | | 53 W. JACKSON BLVD. STE 1334 | | | | | |
| | | CHICAGO, IL 60604 | | | | | |
| | 1 | ROBERT B. KATZ | Memo Amount:        315,000.00 | 1110-000 | | | |
| | | | PROCEEDS OF SALE FROM R.E. | | | | |
| | | | Memo Amount:   (    51,006.20 ) | 8500-000 | | | |
| | | | PROCEEDS TO JENNIFER RANDAZZO | | | | |
| | | | Memo Amount:   (  188,020.64 ) | 4110-000 | | | |
| | | | WELLS FARGO MARTGAGE PAYOFF | | | | |
| | | | Memo Amount:   (    18,601.00 ) | 3510-000 | | | |
| | | | RE/MAX COMMISSION | | | | |
| | | | Memo Amount:   (     5,416.90 ) | 2500-000 | | | |
| | | | BUYER REPAIR CREDIT | | | | |
| | | | Memo Amount:   (       918.25 ) | 2500-000 | | | |
| | | | TITLE TRANSFER FEES | | | | |
| | | | Memo Amount:   (       475.00 ) | 3991-000 | | | |
| | | | PROFESSIONAL LAND SURVEY | | | | |
| | | | Memo Amount:   (     5,000.00 ) | 2500-000 | | | |
| | | | BUYER REPAIR CREDIT | | | | |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 45,552.01 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.71 | 45,484.30 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.62 | 45,416.68 |
| 12/01/17 | 010001 | Alan D. Lasko & Associates, P.C. | Claim 000006, Payment 100.00000% | 3410-000 | | 2,120.50 | 43,296.18 |
| | | 205 West Randolph Street | | | | | |
| | | Suite 1150 | | | | | |
| | | Chicago, Illinois  60606 | | | | | |
| 12/01/17 | 010002 | Alan D. Lasko & Associates, P.C. | Claim 000007, Payment 100.00000% | 3420-000 | | 23.60 | 43,272.58 |

Page Subtotals     45,562.01     2,289.43

Ver: 20.00h

Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  16-03422  -JPC
Case Name:  RANDAZZO, JOSEPH

Taxpayer ID No:  *******1324
For Period Ending:  04/04/18

Trustee Name:  Robert B. Katz, Trustee
Bank Name:  ASSOCIATED BANK
Account Number / CD #:  *******7613  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/01/17 | 010003 | 205 West Randolph Street Suite 1150 Chicago, Illinois  60606 ROBERT B. KATZ LAW OFFICES OF ROBERT B. KATZ 53 W. JACKSON BLVD. STE 1334 CHICAGO, IL 60604 | Claim 000009, Payment 100.00000% | 2100-000 | | 16,449.69 | 26,822.89 |
| 12/01/17 | 010004 | Springer Brown, LLC 300 South County Farm Road Suite I Wheaton, IL 60187 | Claim 000008, Payment 100.00000% | | | 7,697.50 | 19,125.39 |
| | | | Fees      7,427.27 | 3210-000 | | | |
| | | | Expenses      270.23 | 3220-000 | | | |
| 12/01/17 | 010005 | U.S. Bankruptcy Court Dirksen Federal Building 219 S. Dearborn St. Room 713 Chicago, IL 60604 | Claim 000010, Payment 100.00000% | 2700-000 | | 350.00 | 18,775.39 |
| 12/01/17 | 010006 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 55.95618% | 7100-000 | | 10,032.16 | 8,743.23 |
| 12/01/17 | 010007 | SPRINGLEAF FINANCIAL SERVICES OF ILLINOIS SPRINGLEAF P.O. BOX 3251 EVANSVILLE, IN 47731 | Claim 000002, Payment 55.95616% | 7100-000 | | 2,885.95 | 5,857.28 |
| 12/01/17 | 010008 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 | Claim 000003, Payment 55.95654% | 7100-000 | | 634.01 | 5,223.27 |

Page Subtotals    0.00    38,049.31

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-03422  -JPC | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | RANDAZZO, JOSEPH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7613  Checking Account |
| Taxpayer ID No: | *******1324 | | |
| For Period Ending: | 04/04/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/01/17 | 010009 | Malvern PA 19355-0701<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 55.95587% | 7100-000 | | 586.30 | 4,636.97 |
| 12/01/17 | 010010 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328 | Claim 000005, Payment 55.95610% | 7100-000 | | 4,636.97 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 315,000.00 | COLUMN TOTALS | | 45,562.01 | 45,562.01 | 0.00 |
| Memo Allocation Disbursements: | 269,437.99 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 45,562.01 | 45,562.01 | |
| Memo Allocation Net: | 45,562.01 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 45,562.01 | 45,562.01 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 315,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 269,437.99 | Checking Account - *******7613 | 45,562.01 | 45,562.01 | 0.00 |
| | | | ------------------------- | ------------------------- | ------------------------- |
| Total Memo Allocation Net: | 45,562.01 | | 45,562.01 | 45,562.01 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/     Robert B. Katz, Trustee

Trustee's Signature: _____   Date: 04/04/18

Page Subtotals          0.00          5,223.27

Ver: 20.00h

FORM 2                                                                                    Page:    4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-03422  -JPC | |
| Case Name: | RANDAZZO, JOSEPH | |
| Taxpayer ID No: | *******1324 | |
| For Period Ending: | 04/04/18 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7613  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

ROBERT B. KATZ, TRUSTEE

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 20.00h

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*